

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00163-CR

| | | |
|---|---|---|
| Ex parte Taymor Travon McIntyre | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1511547D) |
| | § | August 16, 2018 |
| | § | Per Curiam |
| | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Taymor Travon McIntyre shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 31.3.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM